**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6904**

———————

DONNIE MOORE,

Plaintiff - Appellant,

versus

WILLIAM HAINES, Warden, Huttonsville Correc-
tional Center,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-99-20-2)

———————

Submitted:  October 17, 2001        Decided:  October 26, 2001

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donnie Moore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donnie Moore appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's order on the reasoning of the district court. Moore v. Haines, No. CA-99-20-2 (N.D.W. Va. May 14, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court granted Moore's request for a certificate of appealability.

2